AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>TRAKEL "TREY" SWAIN<br><br>Defendant | ) Case No. 4:23cr75<br>) FID 11623120<br>) ATF<br>) |

**ORIGINAL**

FILED
IN OPEN COURT

DEC 22 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

(stamp) 2023 DEC 13 A 10:15  EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION  RECEIVED UNITED STATES MARSHAL

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Trakel "Trey" Swain                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

T.18:371 - Conspiracy to Engage in the Firearms Business without a License and to Illegally Possess and Transfer a Machinegun (Count One, et al.)

Date:   12/13/2023
                                                                     *Issuing officer's signature*

City and state:   Newport News, Virginia                  Douglas E. Miller, U.S. Magistrate Judge
                                                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12-14-23 , and the person was arrested on *(date)* 12-22-23
at *(city and state)* Norfolk, VA .

Date: 12-22-23
                                                                     *Arresting officer's signature*

                                                                     ATF SA Mandrel Brown
                                                                     *Printed name and title*